(23 Misc. Rep. 445.)

### SEAMAN v. McCLOSKY.

(City Court of New York, General Term. April 1898.)

PLEADING—ANSWER—REPLY—AMENDMENT.

    A reply to an answer containing a counterclaim is an answer to a pleading, within Code Civ. Proc. § 542, providing that "within twenty days after a pleading, or the answer or demurrer thereto, is served, or at any time before the period for answering it expires, the pleading may be once amended" as of course.

Appeal from special term.

Action by Frank Seaman against Anna B. McClosky. From an order requiring plaintiff to receive defendant's amended answer and counterclaim, plaintiff appealed. Affirmed.

Argued before CONLAN and O'DWYER, JJ.

Henry J. McCormick, for appellant.
Alexander B. Halliday, for respondent.

O'DWYER, J. On May 7, 1897, plaintiff served an amended complaint. On May 15th the defendant served an answer thereto, containing a counterclaim. On June 12th the defendant served her amended answer to the amended complaint. This amended answer was returned, and acceptance thereof refused, upon the ground that the time in which to amend as of course had expired. It is not questioned but that the defendant was entitled to amend her answer as of course, but it is insisted that she should have done so within six days after the service thereof, and, having failed to amend her answer within that time, the right to do so was lost. Section 542 of the Code of Civil Procedure provides:

"Within twenty days after a pleading, or the answer or demurrer thereto, is served, or at any time before the period for answering it expires, the pleading may be once amended by the party, of course, without costs," etc.

The answer in this case alleged a counterclaim, which required a reply, and to which a reply was served. The reply is the plaintiff's pleading in answer to new matter by way of counterclaim set up by the defendant, and is an answer to a pleading intended by the provisions of the section of the Code quoted. The term "answer" relates to pleadings of fact, exclusively, and it includes a reply as well as an answer. Toomey v. Andrews, 48 How. Prac. 332–335. The reply in this case having been served by mail on June 1st, the defendant had 20 days in which to amend her an-

swer as of course.   The amended answer was served on June 12th, and therefore was within the proper time.

The order appealed from should be affirmed, with costs.

Order affirmed, with costs.

CONLAN, J., concurs.